

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/18/2015 11:52:15 AM

CATHY S. LUSK
Clerk

August 7, 2015

Ms. Reba Squyres
District Clerk
Angelina County
P. O. Box 908
Lufkin, TX 75902-0908
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:        12-14-00234-CR, 12-14-00235-CR, 12-14-00236-CR

Trial Court Case Number:   2013-0378, 2014-0413, 2013-0502

**Style:**   James Christopher Fetzer
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above causes. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

CC:   Mr. Art Bauereiss (DELIVERED VIA E-MAIL)
      Mr. Steven Greene (DELIVERED VIA E-MAIL)
      James Christopher Fetzer

Mandate executed on 18TH day of AUGUST, 2015.

Brief explanation of action taken: FILE STAMPED AND ENTERED

ROBIN J CRAIN DEPUTY District Clerk